William E. Fox, appellee, v. Helen E. Fox, appellant. Gen. No. 33,750.

Opinion filed December 31, 1929.
Isidore Levin, for appellant; H. H. Christenholz, of counsel. M. D. Dolan, for appellee; B. A. Cummins, of counsel.
Mr. Presiding Justice Barnes delivered the opinion of the court.

Gunnar Anderson, by Sieverth Anderson, his next friend, appellee, v. Jacob Ludvigsen, appellant. Gen. No. 33,593.

Opinion filed December 31, 1929.
Miller, Gorham & Wales, for appellant; Edward R. Adams and Herbert C. DeYoung, of counsel. Tenney, Harding, Sherman & Rogers, for appellee; L. Dow Nichol, Jr., of counsel.
Mr. Justice Gridley delivered the opinion of the court.

Charles L. Agne, appellant, v. Alvin Sabel and Ben Zivof, trading as Famous Garage, appellees. Gen. No. 33,602.

Opinion filed December 31, 1929. Rehearing denied January 10, 1930.
Golden & Kagan, for appellant. Julian J. Luster, for appellees.
Mr. Justice Gridley delivered the opinion of the court.

Morris Levinkind, appellee, v. Silas Ropp et al., defendants, on appeal of Sheridan Trust Safe Deposit Company, appellant. Gen. No. 33,620.

Opinion filed December 31, 1929.
Ernest A. Eklund and Frederick J. Bertram, for appellant. Peden, Kahn & Murphy, for appellee; Gerald Ryan, of counsel.
Mr. Justice Gridley delivered the opinion of the court.